## UNITED STATES BANKRUPTCY COURT
### FOR THE
### WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

IN RE:                                              CHAPTER 13
                                                    BANKRUPTCY NO. 19-50167

TRACY A. SIMS

Debtor

## AGREED ORDER RESOLVING OBJECTION TO PLAN

To meet the requirements for plan confirmation under 11 U.S.C. §1325, Credit Acceptance Corporation (hereinafter "Creditor"), and Tracy A. Sims , (hereinafter "Debtor"), by their respective counsel, agree that Debtor's plan must be modified to resolve an existing issue or objection as follows:

1. Debtor shall pay Creditor direct, comaker protected.

2. Creditor shall retain its lien securing its claim until the payment of the underlying debt as determined under nonbankruptcy law.

3. Any objection to confirmation relating to the account or accounts referred to herein has been resolved and is deemed withdrawn.

WHEREFORE, the parties hereto have agreed to the above terms and ask the Court to approve same as a modification of the plan as last submitted by Debtor herein.

Alan C. Stout
United States Bankruptcy Judge

Dated: April 16, 2019

THIS ORDER TENDERED BY:

**Reimer Law Co**.

By: /s/ Dennis M. Ostrowski
Dennis M. Ostrowski (#85449)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com


HAVE SEEN AND AGREED:



 /s/ Samuel J. Wright_____
Counsel for Debtors
Samuel J. Wright
4975 Alben Barkley Drive, Suite 1
Paducah, KY  42001
270-443-4431
sam@farmerwright.com